THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 JUN -5 AM 10: 05

CLERK
AT BALTIMORE

BY_____ DEPUTY

Steven Stuckey
P.O.Box 23122
Baltimore,MD.21203
Phone 708-577-0151

    Plaintiff

    V.

Housing Authority Of The County Of Cook
175 W.Jackson Blvd.Suite 350
Chicago,ILL.60604
Phone 312-663-5447

Management Office For Richard Flowers Homes
3210 W. 139th St.
Robbins,ILL.60472
Phone 708-388-3892

Office Of Public Housing
77 W. Jackson Blvd.
Chicago,ILL.60604
Phone 312-913-8300

U.S. Department of Housing and Urban Development
77 W. Jackson Blvd. Room 2101
Chicago, ILL. 60604
1-800-765-9372

JFM 15 CV 1639
FILED
6/18/2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

6-5-15

## COMPLAINT FOR DEPRIVATION OF CONSTITUTIONAL AND CIVIL RIGHTS BECAUSE OF DISABILITY.

Now comes the Plaintiff Steven Stuckey of P.B.ox 23122 Baltimore 21203, Phone 708-577-0151. Appearing before The United States District Court Of Maryland at 101 W. Lombard St. Baltimore, MD.21201 Phone 410-962-2600.

Upon the authority vested in the court to enforce the provisions of the 4th,5th,and 14th Amendment to The United States Constitution Of America, Title 18 USC sections 241,245, 1011,1028, Title 28 USC section 2680 (a)(h), Title 42 USC section 1981(a),(b)&(c), section 1983,1985,1986,2000a (a), 3604 and 3631. For rights to due process and immunitie granted me against miscarriage of justice,unjust punishment and egregious procedures.

On June 29th,2014, I was evicted from 13982 S.Grace Ave. Robbins,ILL.60472. After 18 years as head of household and partispating in the U.S. Housing Assistance Program of 1937. Although there is a Circuit Court of Illinois decree handed down from the 6th District. I am positive that I did not receive due process.

Housing Authority Of The County Of Cook (HACC) insisted upon evicting me without giving me the promised housing voucher or other Options for housing. HACC refused to respond to my petition for provisions of Part 7 paragraph B of the lease, marked TERMS AND CONDITIONS.

I demand that I be reinstated to the U.S. Housing Program of the U.S. Housing Act Of 1937 and provided with a housing voucher, previously recommended by The Americans With Disabilities 504 Advocates Coordinator, and never dispatched to me by HACC. Furthermore, relief is sort for outstanding expenses, lost and hardship that this miscarriage of justice has caused.

(1). I am not sure which is the direct violator and which is the co-conspirator, but,both Office Of Public Housing and Fair Housing Region 5,(located at 77 W.Jackson Blvd. Room 2101 Chicago,ILL.60604 Phone 312-913-8449), played vital parts in neglecting my complaints , giving HACC the opportunity to evict me while omitting my right to options explained at that time in Title 24 CFR section 5.309 (b)and 966. SUBPART B. Also discribed in Title 42 USC section 1986.

(2). My complaint against HACC, filed with Fair Housing about 11-4-2011, was for neglect to prevent a violation of the lease agreement.

HACC refused to protect my peaceful enjoyment,health and welfare against harrasment from a hostal neighbor violating Title 24 CFR section 982.401 (I)(2). Egnoring protections afforded me under Title 42 USC section 3604, Section 804 of the Rehibilitation Act and Section 504 of the ADA

(3). HACC denied me reasonable accommodations where my petition for provisions of the lease for reasonable accommodations are approved by the ADA (Americans With Disabilities Avocates. Protections afforded me under Title 42 USC section 2000a,3604,Title 18 USC section 242 and Fair Housing Section 804 Chapter 45.

page (2)    6-5-15

(4). HACC retaliated against me with eviction for complaint.
On or about March 12th, 2013, HACC Superviser, Manager, and Assistant Manager told me face to face that I would be evicted if I continued to make my complaint. Egnoring protections afforded me under Title 42 USC section 3604, Title 18 USC section 241, Title 28 USC section 2680 (a)(h), and Title 24 CFR section 5.309 (b), section 100.400 (c)(1).

(5). HACC denied me access to the U.S. Housing Program and deprived me of future benefits by egnoring those protections afforded me under Title 18 USC section 241 and Title 24 CFR section 5.309

(6). HACC denied me provisions of the lease that would have given me options of immunitie to eviction. Provisions afforded me under Title 24 CFR section 5.309 and Title 18 USC section 1028 Chapter 47.

(7). HACC created a delinquent payment for reason to evict me with impunity. Egnoring protections afforded me under Title 24 CFR section 966.4, Title 18 USC section 371, and section 1028.

(8). Office of Fair Housing and Office of Public Housing suborn these malicius presecutions by allowing HACC to terminate my U.S. Housing Assistance. Egnoring the protections afforded me under Title 42 USC 1986.

(9). I am now $8000.00 in debt. Before this multiple oppression I owed no one money. I have a $8000.00 a year fixed income based on the cost of living empact. I will be decades paying off this debt, provided I can stop increasing it exponentially. I now find my self pursuing acceptance in the U.S. Housing Assistance Program in Baltimore Maryland.

I demand that this injustice be rectified, that I be reinstated with the U.S. Housing Assistance and Housing Voucher promised me at the on set of discord between my self and housing authorities. I have done nothing to be terminated from the assistance program. Had my initial complaint about HACC breach of contract been taken seriously, I would not be homeless. I hope this complaint conveys the intention, conduct and demage pending when I made my complaint with Fair Housing.

(10). Recently I faxed a request for documents to U.S. Dept. of Housing and Urban Development Office of Fair Housing and Equal Opportunity at 202-708-1425 pursuant Title 5 USC section 552a. I have received no answer from them as yet. Instead, Region 5 replied with a few correspondence of theirs, a few of mine and one letter I have never seen before. I did not receive all the letters I originally dispatched to Fair Housing, either DC or Region 5.

BY ~~[signature]~~ SUBMITTED 6-5-15

Steven Stuckey
P.O. Box 23122
Baltimore, MD. 21203
708-577-0151

page 3